# UNITED STATES DISTRICT COURT

for the

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
9:11 am, Sep 11 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY R.C. Deputy

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
a blood sample drawn from
LEIA JEANNE THOMPSON

Case No. 1:24-mj-2163-CDA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____________ District of Maryland *(identify the person or describe the property to be searched and give its location)*:

LEIA JEANNE THOMPSON, DOB 9/22/1977

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

the alcohol content of the blood of LEIA JEANNE THOMPSON, DOB 9/22/1977

**YOU ARE COMMANDED** to execute this warrant on or before 9/5/2024 at 1949 hours *(not to exceed 3 hours)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Charles D. Austin.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: September 5, 2024 @ 1649 hours

*Judge's signature*

City and state: Baltimore, Maryland

Charles D. Austin, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: 1:24-mj-2163-CDA | Date and time warrant executed: 09/05/2024 1810 hours | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :
THOMPSON, Leia

Inventory of the property taken and name(s) of any person(s) seized:
Two vials of blood taken from THOMPSON, Leia.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/05/2024

*Executing officer's signature*

Jeffrey Zaentz

*Printed name and title*

Jeffrey Zaentz